# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

PLRA C.R. 3(b) FINAL ORDER

**FILED**

July 6, 2012

JUL 0 9 2012

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| No.: 12-1944 | ANTHONY OLIVE,<br>Plaintiff - Appellant<br><br>v.<br><br>WEXFORD HEALTH SOURCES, INCORPORATED, et al.,<br>Defendants - Appellees |
|---|---|

**Originating Case Information:**

District Court No: 3:12-cv-50065
Northern District of Illinois, Western Division
District Judge Philip G. Reinhard

The pro se appellant was DENIED leave to proceed on appeal in forma pauperis by the district court on April 23, 2012. The pro se appellant has neither paid the $455.00 appellate fees nor filed a motion for leave to proceed on appeal in forma pauperis in the Appellate Court, as prescribed in *Fed. R. App. P. 24(a)*. Accordingly,

**IT IS ORDERED** that this appeal is **DISMISSED** for failure to pay the required docketing fee pursuant to Circuit Rule 3(b).

**IT IS FURTHER ORDERED** that the appellant pay the appellate fee of $455.00 to the clerk of the district court. The clerk of the district court shall collect the appellate fees from the prisoner's trust fund account using the mechanism of *Section 1915(b)*. <u>Newlin v. Helman</u>, 123 F.3d 429, 433 (7th Cir. 1997).

CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: c7_PLRA_3bFinalOrder(form ID: 142)

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

July 6, 2012

To: Thomas G. Bruton
UNITED STATES DISTRICT COURT
Northern District of Illinois
327 S. Church Street
Rockford, IL 61101-0000

**FILED**

JUL 0 9 2012

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| No.: 12-1944 | ANTHONY OLIVE,<br>Plaintiff - Appellant<br><br>v.<br><br>WEXFORD HEALTH SOURCES, INCORPORATED, et al.,<br>Defendants - Appellees |
|---|---|

| Originating Case Information: |
|---|
| District Court No: 3:12-cv-50065<br>Northern District of Illinois, Western Division<br>District Judge Philip G. Reinhard |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

CHOOSE ONE OF THE FOLLOWING:    no record to be returned

DATE IFP DENIED:    04/23/2012

**NOTE TO COUNSEL:**
If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

-------------------------------------

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**                                       **Received by:**

_____      _____

form name: **c7_Mandate**(form ID: **135**)