

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

August 15, 2012

*Before*

MICHAEL S. KANNE, *Circuit Judge*

**FILED**

**AUG 1 5 2012**

**THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT**

| No.: 12-1944 | ANTHONY OLIVE,<br>Plaintiff - Appellant<br><br>v.<br><br>WEXFORD HEALTH SOURCES, INCORPORATED, et al.,<br>Defendants - Appellees |
|---|---|

| **Originating Case Information:** |
|---|
| District Court No: 3:12-cv-50065<br>Northern District of Illinois, Western Division<br>District Judge Philip G. Reinhard |

The following are before the court:

1. **MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS,** filed on July 30, 2012, by the pro se appellant.

2. **MEMORANDUM IN SUPPORT OF PLRA MOTION FOR LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS,** filed on July 30, 2012, by the pro se appellant.

Upon consideration of the request for leave to proceed as a pauper on appeal, the appellant's motion filed under Federal Rule of Appellate Procedure 24, and the district court's order pursuant to 28 U.S.C. § 1915(a)(3) certifying that the appeal was filed in bad faith, this court has determined that the district court erred in its bad-faith determination. *See Lee v. Clinton*, 209 F.3d 1025 (7th Cir. 2000). Accordingly,

IT IS ORDERED that the motion for leave to proceed on appeal in forma pauperis is GRANTED. The district court is instructed to assess an initial partial filing fee for the appeal and to notify this court when the partial fee has been collected.

form name: c7_Order_3J(form ID: 177)