# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

February 22, 2013

**CERTIFIED COPY**
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

FILED
MAR 1 9 2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Before

FRANK H. EASTERBROOK, *Chief Judge*

RICHARD D. CUDAHY, *Circuit Judge*

DIANE S. SYKES, *Circuit Judge*

| No.: 12-1944 | ANTHONY OLIVE, Plaintiff - Appellant v. WEXFORD HEALTH SOURCES, INCORPORATED, et al., Defendants - Appellees |
|---|---|
| **Originating Case Information:** | |
| District Court No: 3:12-cv-50065 Northern District of Illinois, Western Division District Judge Philip G. Reinhard | |

The judgment of the District Court is **AFFIRMED** in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)